### BAILEY V. THE STATE.
(Decided April 24, 1913.)

APPEAL from Lee Law and Equity Court.

Heard before Hon. LUM DUKE.

No counsel marked for appellant.  R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

PELHAM, J.—Prosecution under section 6364, et seq., Code 1907, requiring assignments of error on appeal. There being no assignments the cause is affirmed.

---

### BASS V. THE STATE.
(three cases)
(Decided May 22, 1913.)

APPEAL from Franklin Circuit Court.

Heard before Hon. C. P. ALMON.

No counsel marked for appellant.  R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam.  The appeal in each of these cases is dismissed.